UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-05-03134 |
| § | |
| MEGAMANIA INTERACTIVE INC, *et al*, § § § § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

The Court has been informed that the parties to this lawsuit have reached a settlement, subject to final approval by the Securities and Exchange Commission. Accordingly, the case is **STAYED** pending completion of the settlement process. All current deadlines are **VACATED**, and all pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** this 30th day of May, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT